# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIELA CANALES POSCASANGRE,<br><br>Plaintiff<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Defendant | Case No.: 2:24-cv-00667-APG-DJA<br><br>**Order (1) to Show Cause Why This Action Should Not Be Remanded for Lack of Subject Matter Jurisdiction and (2) Striking Certificate of Interested Parties** |

Defendant Costco Wholesale Corporation removed this case from state court based on diversity jurisdiction. ECF No. 1.  However, Costco does not identify its citizenship, so I cannot determine whether complete diversity exists.  Further, although Costco refers to the plaintiff having over $54,000 in medical damages, lost wages, and potential future care, it presents no evidence to support these assertions.  Consequently, I order Costco to show cause why this action should not be remanded to state court for failure to establish the amount in controversy requirement.

Additionally, I strike Costco's certificate of interested parties (ECF No. 2) for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify Costco's citizenship as required by the amendment to that rule.

I THEREFORE ORDER that by April 30, 2024, defendant Costco Wholesale Corporation shall show cause, in writing, why this action should not be remanded for lack of subject matter jurisdiction.  Failure to respond to this order by that date will result in remand.

/ / / /

/ / / /

I FURTHER ORDER that defendant Costco Wholesale Corporation's certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).

I FURTHER ORDER defendant Costco Wholesale Corporation to file a proper certificate of interested parties by April 30, 2024.

DATED this 8th day of April, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE