UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIELA CANALES POCASANGRE,<br><br>    Plaintiff<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>    Defendant | Case No.: 2:24-cv-00667-APG-DJA<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that plaintiff Daniela Pocasangre's certificate of interested parties (ECF No. 12) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify Pocasangre's citizenship as required by the amendment to that rule.

I FURTHER ORDER plaintiff Daniela Pocasangre to file a proper certificate of interested parties by April 30, 2024.

DATED this 10th day of April, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE