# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIELA CANALES POSCASANGRE,<br><br>Plaintiff<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Defendant | Case No.: 2:24-cv-00667-APG-DJA<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of defendant Costco Wholesale Corporation's response to the order to show cause (ECF No. 17),

I ORDER that the order to show cause (ECF No. 6) is satisfied, and I will not remand this action for lack of subject matter jurisdiction at this time.

DATED this 22nd day of April, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE