MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
PATERNO C. JURANI, ESQ.
Nevada Bar No. 008136
OLSON CANNON & GORMLEY
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
P: (702) 384-4012
F: (702) 383-0701
mfederico@ocgas.com
pjurani@ocgas.com
Attorney for Defendant
*Costco Wholesale Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIELA CANALES POCASANGRE, individually, | CASE NO. 2:24-cv-00667-**CDS-DJA** |
| Plaintiff, | |
| v. | |
| COSTCO WHOLESALE CORPORATION, a Delaware Corporation; DOE EMPLOYEES I through X; DOES I through XV, and ROE Corporations I through X, inclusive, | **STIPULATION AND ORDER TO EXTEND REMAINING DISCOVERY DEADLINES (FIRST REQUEST)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED to by all parties, by and through their counsel, that pursuant to LR II 26-3, that the discovery cut off and some of the related deadlines in this matter be extended for sixty (60) days from its current deadlines based upon good cause and good faith as follows:

**A.    Discovery Completed To Date:**

1. The Plaintiff presented her FRCP 26(a)(1) Initial Disclosures of Documents and Witnesses on May 7, 2024;

1

2. The Plaintiff presented her FRCP 26(a)(1) First Supplement to Initial Disclosures of Documents and Witnesses on June 3, 2024;

3. The Plaintiff presented her FRCP 26(a)(1) Second Supplement to Initial Disclosures of Documents and Witnesses on July 14, 2024;

4. The Plaintiff presented her FRCP 26(a)(1) Third Supplement to Initial Disclosures of Documents and Witnesses on September 17, 2024;

5. The Plaintiff presented her FRCP 26(a)(1) Fourth Supplement to Initial Disclosures of Documents and Witnesses on January 15, 2025;

6. Defendant presented its FRCP 26(a)(1) Initial Disclosures of Documents and Witnesses on April 17, 2024;

7. Defendant presented its FRCP 26(a)(1) First Supplement to Initial Disclosures of Documents and Witnesses on April 29, 2024;

8. Defendant presented its FRCP 26(a)(1) Second Supplement to Initial Disclosures of Documents and Witnesses on August 6, 2024;

9. Defendant presented its FRCP 26(a)(1) Third Supplement to Initial Disclosures of Documents and Witnesses on October 3, 2024;

10. Defendant presented its FRCP 26(a)(1) Fourth Supplement to Initial Disclosures of Documents and Witnesses on October 18, 2024;

11. Defendant presented its FRCP 26(a)(1) Fifth Supplement to Initial Disclosures of Documents and Witnesses on October 28, 2024;

12. Defendant presented its FRCP 26(a)(1) Sixth Supplement to Initial Disclosures of Documents and Witnesses on November 7, 2024;

Law Offices of
OLSON CANNON & GORMLEY
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Fax (702) 383-0701

13. Defendant presented its FRCP 26(a)(1) Seventh Supplement to Initial Disclosures of Documents and Witnesses on December 26, 2024;

14. Defendant presented its FRCP 26(a)(1) Eighth Supplement to Initial Disclosures of Documents and Witnesses on January 10, 2025;

15. Defendant presented its FRCP 26(a)(1) Ninth Supplement to Initial Disclosures of Documents and Witnesses on February 11, 2025;

16. Plaintiff propounded Interrogatories and Requests for Production of Documents and Defendant has responded;

17. Defendant propounded Interrogatories and Requests for Production of Documents and Plaintiff responded;

18. Defendant served a First Supplemental Responses to Requests for Production of Documents on November 7, 2024;

19. The deposition of Plaintiff was taken on January 10, 2025;

20. The deposition of Plaintiff's spouse, Jesse Martin, was taken on August 28, 2024;

21. Defendant has requested records from:

Advantage Chiropractic and Rehabilitation Center
Arizona Wellness Group
Burn Boot Camp
Desert Radiology Solutions
Hand and Stone
Iconic Mystery Box
Las Vegas Integrated Medicine
Las Vegas Radiology
Mom Docs
Nevada Pain Center
RVC Fitness, LLC
Shadow Emergency Physicians
Sizzler
Summerlin Hospital and Medical Center
Vanguard

Law Offices of
OLSON CANNON & GORMLEY
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Fax (702) 383-0701

**B**    **Discovery That Remains To Be Completed:**

1.  Depositions of some of Plaintiff's medical providers/experts;

2.  Depositions of Defendant's experts and additional employees;

3.  Plaintiff may take the deposition of Defendant's ex-employee, Richard Pawlasek;

4.  Plaintiff has set the deposition of Defendant's expert, Dr. Jeffrey Wang, for March 7, 2025;

5.  Plaintiff has set the deposition of Defendant's employee, Ricardo Rimada, for March 17, 2025;

6.  Plaintiff has set the deposition of Defendant's employee, Margaret Iayana, for March 17, 2025;

7.  Defendant will obtain medical records from the newly discovered medical providers; and

8.  Defendant may redepose the Plaintiff on the newly disclosed medical treatment.

**C.**    **Reasons Why Discovery Was Not Completed:**

The parties have worked diligently in conducting discovery.  However, it was difficult to set and take the recent deposition of the Plaintiff and multiple defense witness depositions have had to be reset due to scheduling difficulties and Plaintiff's Counsel's recent physical injury.

In addition, during the recent deposition of the Plaintiff it was learned that Plaintiff has additional medical providers who were not even known to her own attorney until the day of her deposition, leaving open the likelihood that she will be redeposed on the newly discovered and ongoing medical care.

Also, expert depositions have not been considered until recently due to the delay with taking depositions of the defense witnesses.

Law Offices of
OLSON CANNON & GORMLEY
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Fax (702) 383-0701

4

**Proposed Schedule for Completing Discovery:**

|  | **Current Date** | **Proposed Date** |
|---|---|---|
| Last day to amend or add | January 7, 2025 | Closed |
| Initial expert disclosures | February 6, 2025 | Closed |
| Rebuttal expert disclosures | March 7, 2025 | May 6, 2025 |
| Discovery cut off | April 7, 2025 | June 6, 2025 |
| Dispositive Motions | May 7, 2025 | July 7, 2025 |
| Pre-Trial Order | June 6, 2025 | August 5, 2025 |

DATED this 25th day of February, 2025.                    DATED this 25th day of February, 2025.

OLSON CANNON & GORMLEY                                  MUSLUSKY LAW

/s/ Michael A. Federico, Esq.                                      /s/ Adam L. Muslusky, Esq.

_____                      _____

MICHAEL A. FEDERICO, ESQ.                              ADAM L. MUSLUSKY, ESQ.
Nevada Bar No. 005946                                          Nevada Bar No.: 007457
9950 West Cheyenne Avenue                                   3030 S. Jones Blvd., Ste. 108
Las Vegas, Nevada 89129                                       Las Vegas, Nevada 89146
Attorneys for Defendant                                          Attorney for Plaintiff
Costco Wholesale Corporation                                Daniela Canales Pocasangre

///

///

///

///

///

///

///

///

///

///

Law Offices of
OLSON CANNON & GORMLEY
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Fax (702) 383-0701

5

*Canales v. Costco*
Case No. 2:24-cv-00667-APG-DJA
Stipulation and Order to Extend Remaining Discovery Deadlines (First Request)

## <u>ORDER</u>

IT IS HEREBY ORDERED that the deadlines in the above-captioned matter

be extended as follows:

|  | Date |
|---|---|
| Last day to amend or add | Closed |
| Initial expert disclosures | Closed |
| Rebuttal expert disclosures | May 6, 2025 |
| Discovery cut off | June 6, 2025 |
| Dispositive Motions | July 7, 2025 |
| Pre-Trial Order | August 5, 2025 |

_____

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 2/26/2025

Submitted by:

OLSON CANNON & GORMLEY

*/s/ Michael A. Federico, Esq.*

MICHAEL A. FEDERICO, ESQ.
Nevada Bar No.: 005946
9950 W. Cheyenne Avenue
Las Vegas, NV  89129
Attorney for Defendant
*Costco Wholesale Corporation*

*Law Offices of*
**OLSON CANNON & GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Fax (702) 383-0701

6