UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Daniela Canales Pocasangre,

        Plaintiff

v.

Costco Wholesale Corporation,

        Defendant

Case No. 2:24-cv-00667-CDS-DJA

**Order Directing Parties to File a Proposed Joint Pretrial Order**

      In February, plaintiff Daniela Pocasangre and defendant Costco Wholesale Corporation stipulated to extend the discovery deadlines by sixty days. Stip., ECF No. 26. United States Magistrate Judge Daniel Albregts approved that request, thereby making the proposed joint pretrial order due on August 5, 2025. Order, ECF No. 27 at 6. As of the date of this order, the parties have not filed a proposed joint pretrial order.

      The parties are advised to consult the Local Rules of Practice (April 17, 2020) for guidance on content and formatting information before submitting a proposed joint pretrial order consistent with Local Rules 16-3 and 16-4 by August 22, 2025.

      Dated: August 5, 2025

                              _____
                              Cristina D. Silva
                              United States District Judge