MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
PATERNO C. JURANI, ESQ.
Nevada Bar No. 008136
OLSON CANNON & GORMLEY
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
P: (702) 384-4012
F: (702) 383-0701
mfederico@ocgas.com
pjurani@ocgas.com
Attorney for Defendant
*Costco Wholesale Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIELA CANALES POCASANGRE, individually,<br><br>Plaintiff<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Delaware Corporation; DOE EMPLOYEES I through X; DOES I through XV, and ROE Corporations I through X, inclusive,<br><br>Defendant | CASE NO. 2:24-cv-00667-CDS-DJA<br><br>Stipulation of Dismissal with Prejudice |

Plaintiff DANIELA CANALES POCASANGRE and Defendant COSTCO WHOLESALE CORPORATION, by and through their respective counsel of record, hereby stipulate, pursuant to FRCP 41(a)(1)(A)(ii), that the above-captioned action, and any and all claims asserted by Plaintiff against Defendant in said captioned action is and are hereby dismissed with prejudice.

///

///

///

All parties are to bear their own costs, attorneys' fees and expenses related hereto.

**SO STIPULATED:**

| | |
|---|---|
| DATED this 19th day of August, 2025. | DATED this 19th day of August, 2025. |
| OLSON CANNON & GORMLEY | MUSLUSKY LAW |
| /s/ Michael A. Federico, Esq. | /s/ Adam L. Muslusky, Esq. |
| MICHAEL A. FEDERICO, ESQ.<br>Nevada Bar No. 005946<br>9950 West Cheyenne Avenue<br>Las Vegas, Nevada 89129<br>Attorneys for Defendant<br>*Costco Wholesale Corporation* | ADAM L. MUSLUSKY, ESQ.<br>Nevada Bar No.: 007457<br>3030 S. Jones Blvd., Ste. 108<br>Las Vegas, Nevada 89146<br>Attorney for Plaintiff<br>*Daniela Canales Pocasangre* |

## ORDER

Pursuant to the Stipulation of Dismissal of the parties hereto, the above-captioned action and any and all claims asserted by Plaintiff DANIELA CANALES POCASANGRE against Defendant COSTCO WHOLESALE CORPORATION in said captioned action is and are hereby dismissed with prejudice. All parties are to bear their own costs, attorney's fees and expenses related hereto. The Clerk of Court is kindly instructed to close this case.

Dated: August 20, 2025

_____
Cristina D. Silva
United States District Judge

Respectfully submitted by:
OLSON CANNON & GORMLEY

*/s/ Michael A. Federico, Esq.*
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129

2